# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GUSTAVO XAVIER, | : | No. 14 MAP 2017 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court dated February 8, |
| v. | : | 2017 at number 331 MD 2016 |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED: October 18, 2017**

**AND NOW**, this 18th day of October, 2017, the Order of the Commonwealth Court is hereby **AFFIRMED**.